# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY ROGERS, | ) | 1:06cv1691 AWI NEW (DLB) |
| | ) | |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 19, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. The Court granted Plaintiff's application to proceed in forma pauperis on November 21, 2006, and issued a scheduling order that day.

Plaintiff has failed to submit the required documents for service. Therefore, Plaintiff is ORDERED TO SHOW CAUSE, if any she has, why the action should not be dismissed for failure to prosecute. Plaintiff is ORDERED to file a written response to this Order to Show Cause within twenty (20) days of the date of this Order.

IT IS SO ORDERED.

**Dated:   April 19, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1