# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TRACY ROGERS, | ) | 1:06cv1691 AWI NEW (DLB) |
| | ) | |
| Plaintiff, | ) ) ) | ORDER ADOPTING FINDING AND RECOMMENDATION |
| v. | ) ) | (Document 11) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| | ) ) | |
| Defendant. | ) ) | |

On November 19, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.

On May 15, 2007, the Magistrate Judge issued Findings and Recommendation that the action be dismissed for Plaintiff's failure to follow the Court's order and failure to prosecute this action. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within thirty (30) days of the date of service of the order. Over thirty (30) days have passed and no party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued May 15, 2007, is ADOPTED IN FULL; and

2. This action is DISMISSED.

This terminates this action in its entirety.

IT IS SO ORDERED.

**Dated:   June 27, 2007**            /s/ Anthony W. Ishii
                                      UNITED STATES DISTRICT JUDGE